

P56397

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM

**TO:**   HONORABLE CATHY SEIBEL
U.S. DISTRICT JUDGE

**FROM:**   DIANE C. MOCZYDLOWSKI
U.S. PROBATION OFFICER

**RE:**   BRIAN RUBEL
09 CR 898 (CS)

**DATE:**   MAY 13, 2010



On March 15, 2010, the above-referenced defendant pleaded guilty to Possession of Child Pornography, in violation of 18 USC 2252A(a)(5)(B) and (b)(2). He is scheduled to be sentenced on June 18, 2010.

Because the defendant was convicted of a sex offense, we are requesting that he be ordered to undergo a psychosexual evaluation. The evaluation would be used in determining the treatment needs of the defendant and in assessing whether he is a risk to the community. In addition, we believe that a psychosexual evaluation would prove beneficial to Your Honor in fashioning an appropriate sentence.

Accordingly, we respectfully request that Your Honor order that a psychosexual evaluation be performed by Kenneth Lau, LCSW. We note that this evaluation is authorized pursuant to 18 USC 3552(c) and payment for it is provided under 18 USC 3672.

Although we would normally request an adjournment of sentencing in order to allow for the evaluation to be completed and still comply with the disclosure requirements of Rule 32, defense counsel has informed us that the defendant's sentencing date will likely be adjourned as the defendant's family is still in the process of interviewing for various residential psychiatric facilities.

The Government and defense counsel have been advised that we are requesting a psychosexual evaluation, and neither party has an objection to this request.

RUBEL, BRIAN                                                                    P56397

It is requested that Your Honor indicate the Court's decision as provided below.

Psychosexual evaluation ordered _____✓_____

Psychosexual evaluation <u>not</u> ordered _____

Other _____


_____5|17|10_____                            _____Cathy Seibel_____
Date                                          Honorable Cathy Seibel
                                              U.S. District Judge



cc:    Benjamin Allee, AUSA
       U.S. Attorney's Office

       Amy Attias
       Federal Defenders of New York, Inc.
       300 Quarropas Street
       White Plains, NY 10601



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

P56397

**TO:**      Honorable Cathy Seibel
             U.S. District Judge

**FROM:**    Geoffrey P. Steele
             Supervising U.S. Probation Officer

                                    Re: Brian Rubel
                                    Docket No.: 09 CR 898 (CS)

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your

Honor. Please direct your response (if applicable) along with any attachments to our office at 233

Broadway, 15ᵗʰ floor, so that we may take appropriate action.

                                    Respectfully submitted,

                                    Geoffrey P. Steele
                                    Supervising U.S. Probation Officer
                                    212-805-5158

Prepared By:

Diane C. Moczydlowski
U.S. Probation Officer
212-805-5094

DATE: May 13, 2010

NY 201
Rev 6/04