**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

United States of America

                 Government,

        -against-

Brian Rubel

              Defendant(s)

-----------------------------------------------------------X

*MEDICAL FORM*

FILENAME - P:\CRD FORMS\ MEDICAL FORM (Rev.5/09)

Before Judge : **Paul E. Davison, U.S.M.J**

Case Number:   09Cr898 (CS)

**TO THE WARDEN:**

    The defendant has been remanded to <u>Westchester County Jail :</u> in lieu of

bail.  The following information requiring your attention was disclosed to the court. The court

directs the Correctional Facility to provide the defendant with the necessary medical treatment.

**The defendant requests medical attention.**

Dated:
White Plains, NY

                  SO ORDERED:

                                     Paul E. Davison
                                 United States Magistrate Judge
                                 Southern District of New York